CRD1IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NEWTEK SMALL BUSINESS FINANCE, LLC, a New York limited liability company | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:20-cv-00138 ) |
| BOYZ TRANSPORTATION SERVICES, LLC, a Tennessee limited liability company, RANDALL MILLER COMPANY, INC., a North Carolina corporation, and LANDREW PROPERTIES, LLC, a North Carolina limited liability company | ) Judge Travis R. McDonough ) ) ) Magistrate Judge Cynthia R. Wyrick ) ) ) ) |
| Defendants. | ) ) |
| and | ) ) |
| LANDREW PROPERTIES, LLC, | ) ) |
| Cross Claimant, | ) ) |
| v. | ) ) |
| BOYZ TRANSPORTATION SERVICES, LLC, and RANDALL MILLER COMPANY, INC., | ) ) ) ) |
| Cross Defendants. | ) ) |
| and | ) ) |
| LANDREW PROPERTIES, LLC, | ) ) |
| Counter Claimant, | ) ) |
| v. | ) ) |
| NEWTEK SMALL BUSINESS FINANCE, LLC, | ) ) ) |
| Counter Defendant. | ) |

# STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) and 41(c)

Comes now, Plaintiff / Counter Defendant, Newtek Small Business Finance, LLC, ("Newtek") and Defendant / Counter Claimant, Landrew Properties, LLC ("Landrew"), both by and through their respective counsel, pursuant to the Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c) and hereby stipulate and agree that the claim and counterclaim by and between Newtek and Landrew are dismissed with prejudice. All parties will be responsible for their own attorney's fees; however, Newtek shall be responsible for any all court costs and expenses, if any, associated with the action.

**APPROVED FOR ENTRY:**

| | |
|---|---|
| /s/ M. Aaron Spencer | /s/ Kenneth D. Hale |
| M. Aaron Spencer, BPR No. 029911 | Kenneth D. Hale, BPR No. 014110 |
| | |
| **WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER, PLLC** | **THE HALE LAW FIRM** |
| | |
| Post Office Box 900 | 416 State Street, Suite B |
| Knoxville, Tennessee 37901-0900 | Bristol, Tennessee 37620-5909 |
| Phone: (865) 215-1000 | Phone: (423) 989-6555 |
| Fax: (865) 215-1001 | Fax: (423) 989-6550 |
| aspencer@wmbac.com | khale@tnvalegal.com |
| | |
| *Counsel for Newtek Small Business Finance, LLC* | *Counsel for Landrew Properties, LLC* |

## CERTIFICATE OF SERVICE

       I hereby certify that on March 19, 2021 a true and exact copy of the foregoing Stipulation of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c) has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Boyz Transportation Services, LLC
c/o Mark S. Dessauer, Esq.
Hunter, Smith & Davis, LLP
P.O. Box 3740
Kingsport, TN 37664
*Via First Class Mail*

Randall Miller Company, Inc.
c/o Mark S. Dessauer, Esq.
Hunter, Smith & Davis, LLP
P.O. Box 3740
Kingsport, TN 37664
*Via First Class Mail*

                                            /s/ M. Aaron Spencer
                                            M. Aaron Spencer, Esq., BPR No. 029911