# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| NEWTEK SMALL BUSINESS FINANCE, LLC, | ) ) ) Case No. 2:20-cv-138 |
| *Plaintiff*, | ) ) Judge Travis R. McDonough |
| v. | ) ) Magistrate Judge Cynthia R. Wyrick |
| BOYZ TRANSPORTATION SERVICES, LLC, RANDALL MILLER COMPANY, INC., and LANDREW PROPERTIES, LLC, | ) ) ) ) ) ) |
| *Defendants*. | ) |

## ORDER

Before the Court is Plaintiff and Counter-Defendant Newtek Small Business Finance, LLC's ("Newtek") motion for default judgment against Defendants Boyz Transportation Services, LLC ("Boyz") and Randall Miller Company, Inc. ("RMC") (Doc. 48). Newtek filed its motion pursuant to Federal Rule of Civil Procedure 55(b)(1), which states that the clerk may enter default judgment when "the plaintiff's claim is for a sum certain or a sum that can be made certain by computation." (*Id.*); Fed. R. Civ. P. 55(b)(1).

As Defendants Boyz and RMC have failed to defend this action and the requested sum is supported by Newtek's documentation, the Court **GRANTS** Plaintiff's motion for default judgment (Doc. 48). It is **ORDERED**, **ADJUDGED**, and **DECREED** that Defendants Boyz and RMC violated the terms of the U.S. Small Business Administration Note, the Security Agreements, and the Loan Agreement identified in the complaint and amended complaint. Newtek is hereby **AWARDED** recovery from Defendants Boyz and RMC in the total amount of

**$3,498,386.34**. This amount includes $3,443,595.34 for the breach of the U.S. Small Business Administration Note, the Security Agreements, and the Loan Agreement identified in the complaint and amended complaint and $54,791.00 in attorney's fees. Newtek may move for an award of post-judgment interest following the entry of judgment in this case.

    **AN APPROPRIATE JUDGMENT SHALL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**