UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| NEWTEK SMALL BUSINESS FINANCE, LLC, | ) ) ) | Case No. 2:20-cv-138 |
| *Plaintiff*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Cynthia R. Wyrick |
| BOYZ TRANSPORTATION SERVICES, LLC, RANDALL MILLER COMPANY, INC., and LANDREW PROPERTIES, LLC, | ) ) ) ) ) ) | |
| *Defendants*. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the accompanying order, Plaintiff and Counter-Defendant Newtek Small Business Finance, LLC's ("Newtek") motion for default judgment against Defendants Boyz Transportation Services, LLC ("Boyz") and Randall Miller Company, Inc. ("RMC") (Doc. 48) is **GRANTED**. It is **ORDERED**, **ADJUDGED**, and **DECREED** that Defendants Boyz and RMC violated the terms of the U.S. Small Business Administration Note, the Security Agreements, and the Loan Agreement identified in the complaint and amended complaint, and Newtek is **AWARDED** recovery in the amount of **$3,498,386.34**. Because there are no remaining claims to be resolved in this action, the Clerk is **DIRECTED** to close the case,

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ John Medearis
  CLERK OF COURT